THE GOLDMAN SACHS GROUP, INC., et al., Respondents, v ALMAH LLC, Appellant.

Submitted July 15, 2013; decided September 17, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5 [1995]).

Judge ABDUS-SALAAM taking no part.